**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RODNEY GONEY, et al.,

                Plaintiffs,

-against-                              20 **CIVIL** 5387 (AKH)

                                              **JUDGMENT**

SUTTONPARK CAPITAL LLC, et al.,

                Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 19, 2021, the complaint is dismissed. Oral argument scheduled for January 20, 2021, is hereby canceled; accordingly, this case is closed.

**Dated:** New York, New York

       January 19, 2021

                                                   **RUBY J. KRAJICK**

                                                   **Clerk of Court**
                   **BY:**       *K. Mango*

                                                   **Deputy Clerk**