UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
GONEY et al., :
: 
: **ORDER REGULATING**
Plaintiffs, : **PROCEEDINGS**
-against- :
: 20 Civ. 5387 (AKH)
SUTTONPARK CAPITAL LLC et al., :
:
Defendants. :
:
:
:
:
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On January 29, 2021 I granted Defendants' motion to dismiss. Plaintiffs appealed, challenging my dismissal of the complaint without leave to file an amended complaint. The second circuit vacated my order dismissing the case and remanded for me to consider Plaintiff's request for leave to amend. USCA Mandate, ECF No. 59, at 5. Accordingly, I order the following:

1. Plaintiff shall make any motion to amend the complaint by January 7, 2022 and shall identify the additional factual allegation it seeks to add to the complaint.

2. Defendants shall file any opposition by February 7, 2022.

3. Plaintiff shall file any reply by February 17, 2022.

        SO ORDERED.

Dated:    December 1, 2021                     /s/ Alvin K. Hellerstein
            New York, New York             ALVIN K. HELLERSTEIN
                                                       United States District Judge