UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                        :
GONEY et al.,                                         :
                                                        :    **ORDER REGULATING**
                                  Plaintiffs,          :    **PROCEEDINGS**
      -against-                                             :
                                                        :    20 Civ. 5387 (AKH)
SUTTONPARK CAPITAL LLC et al.,        :
                                                        :
                                  Defendants.        :
                                                        :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On March 24, 2021 Defendants filed a motion to seal, and subsequently filed an updated motion on March 31, 2021. *See* ECF Nos. 54, 55. On March 31, 2021 I denied the motion to strike, which resolved the pending motion to seal. ECF No. 56.

        Since then, the appeal has been completed and Defendants have filed new motions to seal and strike certain documents. Accordingly, ECF Nos. 54 and 55 are now moot and the Clerk shall terminate ECF Nos. 54 and 55.

        SO ORDERED.

Dated:      March 24, 2022                                     /s/ Alvin K. Hellerstein
              New York, New York                       ALVIN K. HELLERSTEIN
                                                                          United States District Judge