**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RODNEY GONEY et al.,

                Plaintiffs,

  -against-                                              20 **CIVIL** 5387 (AKH)

                                                             **JUDGMENT**
SUTTONPARK CAPITAL LLC et al.,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 22, 2022, Plaintiffs' failed plausibly to state a claim for relief against any of the Defendants, and to allow their proposed amendment would be futile. Thus, Defendants' motion to strike scandalous allegations and to seal the proposed FAC is academic and denied without prejudice. Judgment is entered for Defendants, dismissing the complaint against them with costs; accordingly, the case is closed.

**Dated:**  New York, New York

      July 26, 2022

                                                         **RUBY J. KRAJICK**
                                                         **Clerk of Court**
                                 **BY:**    *K. Mango*
                                                          **Deputy Clerk**