

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

April 9, 2024

> The remote conference scheduled for April 12, 2024 is adjourned until May 3, 2024 at 10 a.m.
>
> SO ORDERED
>
> /s/ Alvin K. Hellerstein
> U.S.D.J.
> April 9, 2024

**_VIA ECF AND FAX_**
The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007
Fax: 212-805-7942

RE:   *Goney et al. v. SuttonPark Capital LLC et al.*
       Case No. 1:20-cv-05387-AKH

Dear Judge Hellerstein:

    As Your Honor is aware, we represent Defendants SuttonPark Capital, LLC and SuttonPark Structured Settlements, LLC (collectively, "SuttonPark") in the above-referenced matter. We write today to respectfully request an additional brief adjournment of seven days of the Status Conference from April 12, 2024 up to and including April 19, 2024. SuttonPark requests this additional extension as SuttonPark's counsel's had a deposition recently scheduled for that day and can no longer participate in the Status Conference on April 12, 2024. Plaintiff consents to SuttonPark's request.

    This is SuttonPark's second request for an adjournment of the Status Conference. The Court previously granted SuttonPark's first extension request on March 18, 2024 (Doc. No. 109). This extension request will not impact any other deadlines in this Action.

    Thank you for your attention to this matter.

    Respectfully submitted,

    /s/ *Christie R. McGuinness*
    Christie R. McGuinness, Esq.

Cc: All Counsel of Record (via ECF)

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP