**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
GONEY ET AL,

                Plaintiffs,

    -against-                                  20 **CIVIL** 5387 (AKH)

                                                      **JUDGMENT**

SUTTON PARK LLC ET AL,

                Defendants.
----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order and Opinion dated February 12, 2025, Defendants' motion to dismiss the Third Amended Complaint is granted with prejudice. Plaintiff has made no request for leave to amend, and any such leave would be futile and unwananted. Plaintiff has now tried and failed multiple times to raise a plausible claim for relief: no such claim can be raised. Defendants' motion to strike scandalous allegations and their motion to seal those allegations as contained in their motion to strike materials are denied as academic; accordingly, the case is closed.

**Dated:** New York, New York

      March 6, 2025

                                                                **TAMMI M. HELLWIG**
                                                                       Clerk of Court

                                             BY:
                                                                   Deputy Clerk